IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH KNIGHT COX,

      Petitioner,                      No. CIV-S-08-2107 LKK KJM P

    vs.

JAMES A. YATES,

      Respondent.                ORDER

/

         Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

         Petitioner also asks that the court hold an evidentiary hearing. However, at the present time, there does not appear to be any need or justification in this case for further evidence. Petitioner's request will be denied.

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's May 12, 2009 request for appointment of counsel (docket no. 15) is denied.

2. Petitioner's May 12, 2009 request that the court hold an evidentiary hearing (docket no. 15) is denied.

DATED: May 25, 2009.

_____
U.S. MAGISTRATE JUDGE

1
cox2107.111