IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH KNIGHT COX,

    Petitioner,                   No. CIV-S-08-2107 LKK KJM P

    vs.

JAMES A. YATES,

    Respondent.                 ORDER

_____/

    In light of the July 28, 2010 order issued by the district judge assigned to this case, petitioner is granted thirty days within which to file a response to the arguments raised in respondent's May 28, 2010 objections to the May 12, 2010 findings and recommendations. Respondent may file a reply to the response within fourteen days of service of the response.

DATED: August 5, 2010.

                                U.S. MAGISTRATE JUDGE

1
cox2107.111